# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT



THOMAS M. HARDIMAN
CIRCUIT JUDGE

2270 U.S. POST OFFICE & COURTHOUSE
700 GRANT STREET
PITTSBURGH, PA 15219-1906

September 17, 2010

Honorable Bobby R. Baldock, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

    Re:    Calendar Year 2009 Filing

Dear Judge Baldock:

    This responds to your letter of September 9, 2010. Ingersoll Rand CS, Leggett & Platt CS and Lower Merion Twp. BD were all sold in their entirety on the dates reported on my 2008 Report. Accordingly, they were not included in my 2009 Report.

Very truly yours,

Thomas M. Hardiman
Third Circuit Court of Appeals Judge

412-208-7440

AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hardiman, Thomas M. | Third Circuit Court of Appeals | August 11, 2010 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ___ Nomination, Date _____ <br> ___ Initial  __X__ Annual  ___ Final | 01/01/09 to 12/31/09 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 2270 United States Courthouse <br> 700 Grant Street <br> Pittsburgh, Pa. 15219 | Reviewing Officer _____ Date _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1  Director | Big Brothers Big Sisters of Greater Pittsburgh, Inc. |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable positions.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1   2009 | The First City Company | |
| 2 | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Thomas M. Hardiman | August 11, 2010 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X 1 | **NONE** (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | **NONE** (No such reportable gifts.) | | |
| 1 | Academy of Trial Lawyers of Allegheny County | Honorary Membership | $ 600.00 |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X 1 | **NONE** (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, | | | | | | | | | |
| 1 PNC Checking Account | A | Int. | J | T | | | | | |
| 2 Capital One Savings Acct. | A | Int. | M | T | Buy | 12/01 | M | | |
| 3 PNC Money Market Account | C | Int. | M | T | | | | | |
| 4 Vanguard Prmcp Mut. Fund (MF) | A | Div. | K | T | | | | | |
| 5 Fulton Financial Stk (CS) | A | Div. | J | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| WELLS FARGO EQUITY ACCT. | | | | | | | | | |
| 6 Wachovia Bank (MM) | A | Int. | | | Sell | 6/30 | | A | |
| 7 Wells Fargo MM | A | Int. | M | T | Buy | 7/1 | M | | |
| 8 AOL CS | | None | J | T | Buy Buy | 12/09 12/10 | J J | | |
| 9 Altisource Portfolio Solutions CS | | None | K | T | Buy | 8/14 11/05 | J J | | |
| 10 American Eagle Outfitters CS | A | Div. | J | T | | | | | |
| 11 American Express CS | A | Div. | K | T | Buy | 2/02 | J | | |
| 12 Armstrong World Industries CS | | None | | | Sell | 11/05 | | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  (Includes those of

*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure. | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 13  Bank New York Mellon CS | A | Div. | | | Sell Sell | 5/06 8/07 | | A A | |
| 14  Barrick Gold Corp CS | A | Div. | K | T | | | | | |
| 15  Capital One Financial Corp CS | A | Div. | J | T | Buy Sell(pt) Sell (pt) | 2/11 5/07 6/12 | J | A A | |
| 16  Charming Shoppes CS | | None | J | T | Sell (pt) | 4/29 | | A | |
| 17  Cisco Systems CS | | None | K | T | | | | | |
| 18  Clearwire Corp. CS | | None | J | T | Buy Buy | 1/16 2/02 | J J | | |
| 19  Corning CS | A | Div. | K | T | Sell(pt) | 4/02 | | A | |
| 20  Coventry Health Care CS | | None | | | Sell | 1/23 | | A | |
| 21  Dana Holding Corp CS | | None | | | Sell | 12/16 | | D | |
| 22  Direct TV CS | | None | K | T | Sell(pt) | 5/13 | | D | |
| 23  Dish Network CS | | None | K | T | Buy | 3/03 | | | |
| 24  Disney CS | A | Div. | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 25 Domtar Corp CS | | None | J | T | | | | | |
| 26 Dress Barn CS | | None | J | T | | | | | |
| 27 Ebay CS | | None | J | T | Sell(pt) | 1/07 | | A | |
| 28 Exxon Mobil CS | A | Div. | | | Sell | 1/22 | | B | |
| 29 Gannett Co CS | A | Div. | J | T | | | | | |
| 30 General Electric CS | A | Div. | | | Sell | 11/04 | | A | |
| 31 HSN CS | | None | K | T | Buy | 4/03 | J | | |
| 32 Herman Miller CS | | None | | | Buy Sell | 1/20 6/26 | J | B | |
| 33 JP Morgan Chase CS | A | Div. | K | T | | | | | |
| 34 Kaiser Aluminum CS | A | Div. | | | Sell | 5/06 | | A | |
| 35 Knoll Inc CS | | None | J | T | Buy | 7/09 | J | | |
| 36 Knology CS | | None | K | T | Buy | 11/02 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 37 Legg Mason CS | A | Div. | | | Sell (pt) Sell | 1/29 5/05 | | A A | |
| 38 Liberty Entertainment CS | | None | J | T | Buy | 5/14 | K | | |
| 39 Merck CS | A | Div. | K | T | Buy | 3/31 | J | | |
| 40 Methode Elec. CS | | None | J | T | Buy | 5/22 | J | | |
| 41 Microsoft CS | A | Div. | K | T | | | | | |
| 42 Monster Worldwide CS | | None | | | Buy Sell | 2/13 8/03 | J | B | |
| 43 NCR CS | | None | K | T | Buy | 2/17 | J | | |
| 44 Nighthawk Radiology CS | | None | J | T | Buy | 11/06 | J | | |
| 45 Nokia Corp. ADR | A | Div. | J | T | Sell (pt) | 2/12 | | A | |
| 46 Noven Pharm. CS | | None | | | Sell | 8/24 | | D | |
| 47 Penn Nat'l Gaming CS | | None | | | Sell | 10/22 | | C | |
| 48 Pfizer CS | B | Div. | | | Sell | 1/27 | | A | |
| 49 PNC Financial CS | A | Div. | K | T | Buy Buy Buy Sell (pt) | 1/14 1/20 1/28 5/07 | J J J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of*
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE**   (No reportable income, assets, or transactions) | | | | | | | | | |
| 50   Precision Castparts CS | | None | J | T | Buy | 3/03 | J | | |
| 51   RCN Corp. CS | | None | J | T | Buy | 10/02 | J | | |
| 52   Sanofi-Aventis CS | A | Div. | | | Sell | 2/03 | J | A | |
| 53   Schering Plough CS | A | Div. | | | Sell (pt) / Sell | 1/09 / 1/28 | | A / A | |
| 54   Seahawk Drilling CS | | None | J | T | Buy | 8/24 | J | | |
| 55   Sprint Nextel CS | | None | K | T | Buy / Buy | 7/29 / 8/14 | J / J | | |
| 56   Teradata CS | | None | | | Sell | 1/26 | | A | |
| 57   Time Warner CS | A | Div. | K | T | | | | | |
| 58   Tyco  CS | A | Div. | J | T | | | | | |
| 59   US Bancorp CS | A | Div. | K | T | Buy / Buy / Buy | 1/23 / 2/04 / 2/13 | J / J / J | | |
| 60   Wal-Mart CS | A | Div. | J | T | Sell(pt) | 3/30 | | A | |
| 61   Wellpoint CS | | None | | | Sell | 1/22 | | A | |
| 62   Wells Fargo CS | A | Div. | | | Sell | 2/04 | | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 63 Wells Fargo PF | A | Div. | K | T | Buy | 2/27 | J | | |
| 64 Winn-Dixie CS | | None | K | T | Sell(pt) | 10/17 | | A | |
| | | | | | Sell(pt) | 10/25 | | A | |
| | | | | | Sell(pt) | 10/27 | | A | |
| 65 3M Co. CS | A | Div. | J | T | Buy | 2/06 | J | | |
| | | | | | Buy | 2/13 | J | | |
| | | | | | Sell(pt) | | | C | |
| **WELLS FARGO BOND ACCT.** | | | | | | | | | |
| 66 Wachovia Bank (MM) | A | Int. | | | Sell | 6/30 | | A | |
| 67 Wells Fargo MM | A | Int. | K | T | Buy | 7/01 | K | | |
| 68 RBS Capital Funding f/k/a ABN Amro Cap VII | B | Int. | J | T | | | | | |
| 69 American Int'l Grp | B | Int. | J | T | | | | | |
| 70 Arch Capital Grp | A | Int. | J | T | | | | | |
| 71 Barclays Bank PLC Pfd. Stk (PF) | B | Div. | K | T | | | | | |
| 72 Deutsche Bank | B | Int. | K | T | | | | | |
| 73 Duke Energy PF | A | Div. | J | T | | | | | |
| 74 Eaton Vance En. Equity MF | A | Div. | J | T | | | | | |
| 75 Eaton Vance Gr. India MF | | None | K | T | | | | | |
| 76 Franklin Biotech MF | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of*
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure. | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income. assets, or transactions) | | | | | | | | | |
| 77 Investment Co. MF | A | Div. | K | T | | | | | |
| 78 Putnam New Opp. MF | A | Div. | J | T | | | | | |
| 79 Renaissance Re Hldgs PF | B | Int. | J | T | | | | | |
| 80 Spectra Energy Corp PF | A | Div. | J | T | | | | | |
| 81 Wash. Mut. Inves. MF | A | Div. | K | T | | | | | |
| 401(k) ACCOUNT #1 | | | | | | | | | |
| 82 Principal MM | A | Int. | J | T | | | | | |
| 83 Principal Large Cap MF | A | Div. | K | T | | | | | |
| 84 Principal Med. Co. Bld MF | A | Div. | J | T | | | | | |
| 85 Principal Sm. Co. Grwth MF | A | Div. | J | T | | | | | |
| 86 Principal Int'l Stock MF | A | Div. | J | T | | | | | |
| 87 Principal Fin. Grp Inc. | A | Div. | J | T | | | | | |
| 401(k) ACCOUNT #2 | | | | | | | | | |
| 88 Merrill Lynch | A | Int. | J | T | | | | | |
| 89 LSI (f/k/a Agere Systems) CS | | None | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of*
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 90  Central Europe & Russia MF | A | Div. | J | T | | | | | |
| 91  Cisco Systems CS | | None | J | T | | | | | |
| 92  Citigroup CS | | None | J | T | | | | | |
| 93  Dow Chemical CS | A | Div. | J | T | | | | | |
| 94  EMC Corp CS | | None | J | T | | | | | |
| 95  Ford Motor CS | | None | J | T | | | | | |
| 96  General Electric CS | A | Div. | J | T | | | | | |
| 97  Intel CS | A | Div. | J | T | | | | | |
| 98  Merck CS | A | Div. | J | T | | | | | |
| 99  Nektar Therapeutics CS | | None | J | T | | | | | |
| 100  Panacos Pharm. CS | | None | J | T | | | | | |
| 101  Pfizer CS | A | Div. | J | T | | | | | |
| 102  Qwest CS | A | Div. | J | T | Buy | 4/17 | J | | |
| 103  Sirius CS | | None | J | T | Buy | 4/17 | J | | |
| 104  Wilsons Leather CS | | None | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| | | | | | | | | | |
| TRUST #1 | | | | | | | | | |
| 105  PNC Trust Account | A | Int. | | | Sell | 6/30 | | A | |
| 106  Wells Fargo Trust Account | A | Int. | K | T | Buy | 7/01 | K | | |
| 107  AMCAP MF | A | Div. | K | T | | | | | |
| 108  Capital World Gr. & Income MF | A | Div. | K | T | | | | | |
| 109  Europacific Growth MF | A | Div. | K | T | | | | | |
| 110  Fundamental Inv. MF | A | Div. | K | T | | | | | |
| 111  Growth Fund of America MF | A | Div. | K | T | | | | | |
| 112  Investment Co of America MF | A | Div. | K | T | | | | | |
| 113  New Perspective MF | A | Div. | K | T | | | | | |
| 114  Washington Mutual Inv. MF | A | Div. | K | T | | | | | |
| | | | | | | | | | |
| TRUST #2 | | | | | | | | | |
| 115  PNC Trust Account | A | Int. | | | Sell | 6/30 | | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 10 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of*
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 116 Wells Fargo Trust Account | A | Int. | K | T | Buy | 7/01 | K | | |
| 117 AMCAP MF | A | Div. | K | T | | | | | |
| 118 Capital World Gr. & Income MF | A | Div. | K | T | | | | | |
| 119 Europacific Growth MF | A | Div. | K | T | | | | | |
| 120 Fundamental Inv. MF | A | Div. | K | T | | | | | |
| 121 Growth Fund of America MF | A | Div. | K | T | | | | | |
| 122 Investment Co of America MF | A | Div. | K | T | | | | | |
| 123 New Perspective MF | A | Div. | K | T | | | | | |
| 124 Washington Mutual Inv. MF | A | Div. | K | T | | | | | |
| TRUST #3 | | | | | | | | | |
| 125 Wells Fargo Trust Account | A | Int. | K | T | Buy | 7/01 | K | | |
| 126 PNC Trust Account | A | Int. | | | Sell | 6/30 | | A | |
| 127 AMCAP MF | A | Div. | K | T | | | | | |
| 128 Capital World Gr. & Income MF | A | Div. | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 11 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 129 Europacific Growth MF | A | Div. | J | T | | | | | |
| 130 Fundamental Inv. MF | A | Div. | K | T | | | | | |
| 131 Growth Fund of America MF | A | Div. | K | L | | | | | |
| 132 Investment Co of America MF | B | Div. | K | T | | | | | |
| 133 New Perspective MF | A | Div. | K | T | | | | | |
| 134 Washington Mutual Inv. MF | B | Div. | K | T | | | | | |
| TRUST #4 | | | | | | | | | |
| 135 PNC Trust Account | A | Int. | | | Sell | 6/30 | | A | |
| 136 Wells Fargo Trust Account | A | Int. | K | T | Buy | 7/10 | K | | |
| 137 AMCAP MF | A | Div. | L | T | | | | | |
| 138 Fundamental Inv. MF | B | Div. | L | T | | | | | |
| 139 Growth Fund of America MF | A | Div. | L | T | | | | | |
| 140 Investment Co of America MF | B | Div. | L | T | | | | | |
| 141 New Perspective MF | B | Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | August 11, 2010 |

## VII. Page 12 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of*

*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets) | B.<br>Income<br>during<br>reporting period | | C.<br>Gross value<br>at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| *Place "(X)" after each asset<br>exempt from prior disclosure.* | Amt.<br>Code1<br>(A-H) | Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | Value<br>Code2<br>(J-P) | Value<br>Method<br>Code<br>(Q-W) | Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| NONE (No reportable income,<br>assets, or transactions) | | | | | | | | | |
| 142 Washington Mutual Inv. MF | B | Div. | K | T | | | | | |
| TRUST #5 | | | | | | | | | |
| 143 Wells Fargo Trust Account | A | Int. | M | T | Buy | 7/01 | M | | |
| 144 Wells Fargo PF | A | Div. | J | T | Buy | 2/26 | J | | |
| 145 Wachovia MM | A | Int. | | | Sell | 6/30 | | A | |
| 146 AMCAP MF | A | Div. | K | T | | | | | |
| 147 Capital Income Builder MF | A | Div. | K | T | | | | | |
| 148 Capital World Gr. & Income MF | A | Div. | K | T | | | | | |
| 149 Eaton Vance Gr. India MF | | None | K | T | | | | | |
| 150 INTL Growth & Income MF | A | Div. | K | T | | | | | |
| 151 Fundamental INVS Inc. MF | A | Div. | K | T | | | | | |
| 152 Growth Fund of America MF | A | Div. | K | T | | | | | |
| 153 Investment Co. of America MF | A | Div. | K | T | | | | | |
| 154 New Perspectives FD Inc. MF | A | Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 13 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of*
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure. | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 155 Altisource Portfolio CS | | None | J | T | Buy Buy | 8/14 11/05 | J J | | |
| 156 American Express CS | A | Div. | J | T | Buy | 2/04 | J | | |
| 157 American Eagle CS | A | Div. | J | T | Buy | 2/04 | J | | |
| 158 AOL CS | | None | J | T | Buy Buy | 2/04 12/09 | J J | | |
| 159 Barrick Gold CS | A | Div. | J | T | Buy | 2/04 | J | | |
| 160 Capital One CS | A | Div. | J | T | Buy | 2/11 | J | | |
| 161 Charming Shoppes CS | | None | J | T | Buy | 2/04 | J | | |
| 162 Cisco Systems CS | | None | J | T | Buy | 2/04 | J | | |
| 163 Clearwire CS | | None | J | T | Buy | 2/04 | J | | |
| 164 DirectTV CS | | None | J | T | Buy | 5/13 | J | | |
| 165 Dish Network CS | | None | J | T | Buy | 2/04 | J | | |
| 166 Dress Barn CS | | None | J | T | Buy | 2/04 | J | | |
| 167 Ebay CS | | None | J | T | Buy | 2/04 | J | | |
| 168 HSN CS | | None | J | T | Buy | 4/03 | J | | |
| 169 JPMorgan Chase CS | A | Div. | J | T | Buy | 2/04 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 14 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of*
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE**  (No reportable income, assets, or transactions) | | | | | | | | | |
| 170  Knoll Inc.  CS | A | Div. | J | T | Buy | 7/09 | J | | |
| 171  Knology CS | | None | J | T | Buy | 11/02 | J | | |
| 172  Liberty Media CS — | | None | J | T | Buy | 5/13 | J | | |
| 173  Merck CS | A | Div. | J | T | Buy | 2/13 | J | | |
| 174  Methode Elec.  CS | A | Div. | J | T | Buy | 5/22 | J | | |
| 175  Microsoft CS | A | Div. | J | T | Buy | 2/04 | J | | |
| 176  NCR Corp.  CS | | None | J | T | Buy | 2/13 | J | | |
| 177  Nighhawk Radiology CS | | None | J | T | Buy | 11/06 | J | | |
| 178  Nokia CS | A | Div. | J | T | Buy | 2/04 | J | | |
| 179  PNC Financial CS | A | Div. | J | T | Buy Buy | 2/04 8/04 | J J | | |
| 180  Precision Castparts CS | A | Div. | J | T | Buy | 3/02 | J | | |
| 181  RCN Corp CS | | None | J | T | Buy | 10/01 | J | | |
| 182  Seahawk Drilling CS | | None | J | T | Buy | 8/24 | J | | |
| 183  Sprint Nextel CS | | None | J | T | Buy Buy | 7/29 8/14 | J J | | |
| 184  Time Warner CS | A | Div. | J | T | Buy | 2/04 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

## VII. Page 15 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 185 Tyco Int'l CS | A | Div. | J | T | Buy | 3/09 | J | | |
| 186 US Bancorp CS | A | Div. | J | T | Buy Buy | 2/04 2/13 | J J | | |
| 187 3M Co. CS | A | Div. | J | T | Buy | 2/04 | J | | |
| TRUST # 6 | | | | | | | | | |
| 188 Wells Fargo Trust Account | A | Int. | M | T | Buy | 7/01 | M | | |
| 189 Wells Fargo PF | A | Div. | J | T | Buy | 2/26 | J | | |
| 190 Wachovia MM | A | Int. | | | Sell | 6/30 | | A | |
| 191 AMCAP MF | A | Div. | K | T | | | | | |
| 192 Capital Income Builder MF | A | Div. | K | T | | | | | |
| 193 Capital World Gr. & Income MF | A | Div. | K | T | | | | | |
| 194 Eaton Vance Gr. India MF | | None | K | T | | | | | |
| 195 INTL Growth & Income MF | A | Div. | K | T | | | | | |
| 196 Fundamental INVS Inc. MF | A | Div. | K | T | | | | | |
| 197 Growth Fund of America MF | A | Div. | K | T | | | | | |
| 198 Investment Co. of America MF | A | Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 16 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of*
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 199 New Perspectives FD Inc. MF | A | Div. | K | T | | | | | |
| 200 Altisource Portfolio CS | | None | J | T | Buy / Buy | 8/14 / 11/05 | J / J | | |
| 201 American Express CS | A | Div. | J | T | Buy | 2/04 | J | | |
| 202 American Eagle CS | A | Div. | J | T | Buy | 2/04 | J | | |
| 203 AOL CS | | None | J | T | Buy / Buy | 2/04 / 12/09 | J / J | | |
| 204 Barrick Gold CS | A | Div. | J | T | Buy | 2/04 | J | | |
| 205 Capital One CS | A | Div. | J | T | Buy | 2/11 | J | | |
| 206 Charming Shoppes CS | | None | J | T | Buy | 2/04 | J | | |
| 207 Cisco Systems CS | | None | J | T | Buy | 2/04 | J | | |
| 208 Clearwire CS | | None | J | T | Buy | 2/04 | J | | |
| 209 DirectTV CS | | None | J | T | Buy | 5/13 | J | | |
| 210 Dish Network CS | | None | J | T | Buy | 2/04 | J | | |
| 211 Dress Barn CS | | None | J | T | Buy | 2/04 | J | | |
| 212 Ebay CS | | None | J | T | Buy | 2/04 | J | | |
| 213 HSN CS | | None | J | T | Buy | 4/03 | J | | |

1. Income/Gain Codes: (See Col. B1, D4)   A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
  F=$50,001- $100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes: (See Col. C1, D3)   J=$15,000 or less   K=$15,001-$50,000   L=$50,001- $100,000   M=$100,001-$250,000
  N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
  P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: (See Col. C2)   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
  U=Book value   V=Other   W=Estimated

## VII. Page 17 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income<br>during<br>reporting period | | C.<br>Gross value<br>at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 214  JPMorgan Chase CS | A | Div. | J | T | Buy | 2/04 | J | | |
| 215  Knoll Inc.  CS | A | Div. | J | T | Buy | 7/09 | J | | |
| 216  Knology CS | | None | J | T | Buy | 11/02 | J | | |
| 217  Liberty Media CS | | None | J | T | Buy | 5/13 | J | | |
| 218  Merck CS | A | Div. | J | T | Buy | 2/13 | J | | |
| 219  Methode Elec.  CS | A | Div. | J | T | Buy | 5/22 | J | | |
| 220  Microsoft CS | A | Div. | J | T | Buy | 2/04 | J | | |
| 221  NCR Corp.  CS | | None | J | T | Buy | 2/13 | J | | |
| 222  Nighhawk Radiology CS | | None | J | T | Buy | 11/06 | J | | |
| 223  Nokia CS | A | Div. | J | T | Buy | 2/04 | J | | |
| 224  PNC Financial CS | A | Div. | J | T | Buy<br>Buy | 2/04<br>8/04 | J<br>J | | |
| 225  Precision Castparts CS | A | Div. | J | T | Buy | 3/02 | J | | |
| 226  RCN Corp CS | | None | J | T | Buy | 10/01 | J | | |
| 227  Seahawk Drilling CS | | None | J | T | Buy | 8/24 | J | | |
| 228  Sprint Nextel CS | | None | J | T | Buy<br>Buy | 7/29<br>8/14 | J<br>J | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 18 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 229  Time Warner CS | A | Div. | J | T | Buy | 2/04 | J | | |
| 230  Tyco Int'l CS | A | Div. | J | T | Buy | 3/09 | J | | |
| 231  US Bancorp CS | A | Div. | J | T | Buy Buy | 2/04 2/13 | J J | | |
| 232  3M Co. CS | A | Div. | J | T | Buy | 2/04 | J | | |
| REAL ESTATE PARTNERSHIPS | | | | | | | | | |
| 233  West Moon Twp. Assoc. | D | Dist. | M | U | | | | | |
| 234  Bensalem Realty Assoc. | F | Dist. | N | U | | | | | |
| 235  Rodi Land Assoc. | D | Dist. | M | U | | | | | |
| 236  FC Donegal Assoc. | G | Dist. | O | U | | | | | |
| 237  First City GA Partners | E | Dist. | N | U | | | | | |
| 238  McIntyre Square Associates | D | Dist. | L | U | | | | | |
| SCHWAB ACCOUNT | | | | | | | | | |
| 239  3M CS | A | Div. | | | Sell | 9/01 | | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 19 INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 240  Allegheny County Bond  BD | A | Int. | | | Sell | 4/01 | | A | |
| 241  AmerisourceBergen Corp CS | A | Div. | J | T | | | | | |
| 242  Automatic Data Proc.  CS | A | Div. | J | T | Buy / Buy | 3/31 / 8/06 | J / J | | |
| 243  Bard CR Inc. CS | A | Div. | J | T | | | | | |
| 244  Becton Dickinson CS | A | Div. | J | T | | | | | |
| 245  Bentworth School Dist. BD | A | Int. | K | T | | | | | |
| 246  BP PLC ADR | A | Div. | J | T | | | | | |
| 247  Butlr Twp.  BD | A | Div. | K | T | Buy | 9/10 | K | | |
| 248  Central Bucks Pa BD | A | Int. | K | T | | | | | |
| 249  Central Dauphin Pa BD | B | Int. | K | T | | | | | |
| 250  Cisco CS | | None | J | T | | | | | |
| 251  Clarcor CS | A | Div. | K | T | Sell (pt) | 9/18 | | A | |
| 252  Colgate Palmolive CS | A | Div. | J | T | | | | | |
| 253  Comcast CS | A | Div. | | | Sell | 12/04 | | A | |
| 254  Conoco Phillips CS | | None | J | T | Buy | 11/23 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 20 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of*
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 255 Dentsply CS | A | Div. | K | T | Sell (pt) | 9/18 | | B | |
| 256 Downington Pa. School Dist. BD | B | Int. | K | T | | | | | |
| 257 Eaton Corp CS | A | Div. | J | T | | | | | |
| 258 Emerson Elec. CS | A | Div. | J | T | | | | | |
| 259 Exxon Mobil CS | A | Div. | J | T | Sell (pt) | 9/18 | | A | |
| 260 Fox Chapel School Dist. BD | B | Int. | K | T | | | | | |
| 261 General Dynamics CS | A | Div. | J | T | Buy | 9/22 | J | | |
| 262 General Electric CS | A | Div. | J | T | Buy | 4/22 | J | | |
| 263 IBM CS | A | Div. | J | T | Sell (pt) | 9/18 | | B | |
| 264 Johnson & Johnson CS | A | Div. | J | T | | | | | |
| 265 JP Morgan Chase CS | A | Div. | J | T | Buy | 5/08 | J | | |
| 266 Kimberly-Clark CS | A | Div. | | | Sell | 3/31 | | A | |
| 267 Lubrizol CS | A | Div. | J | T | | | | | |
| 268 McGraw Hill CS | A | Div. | | | Sell | 1/27 | | A | |
| 269 Nokia CS | | None | | | Buy Sell | 4/16 10/20 | J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 21 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 270  Northhampton Cty BD | B | Int. | K | T | | | | | |
| 271  Pepsico CS | A | Div. | J | T | | | | | |
| 272  PNC Financial CS | A | Div. | J | T | | | | | |
| 273  Praxair CS | A | Div. | J | T | Buy | 5/14 | J | | |
| 274  Republic Services CS | A | Div. | J | T | | | | | |
| 275  Schlumberger CS | A | Div. | J | T | | | | | |
| 276  Schwab MM | A | Int. | K | T | | | | | |
| 277  Somerset Cty BD | A | Int. | | | Sell | 10/1 | | A | |
| 278  Sysco Corp. CS | A | Div. | J | T | | | | | |
| 279  Unilever CS | A | Div. | J | T | Sell (pt) | 9/18 | | A | |
| 280  United Parcel Svc. CS | A | Div. | J | T | | | | | |
| 281  Upper Moreland Twp. BD | A | Int. | K | T | Buy | 4/08 | K | | |
| 282  Wal-Mart CS | A | Div. | J | T | Buy | 9/22 | J | | |
| | | | | | | | | | |
| THRIFT SAVINGS PLAN | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 22 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure. | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 283 G Fund MF | A | Div. | J | T | Buy | 2/01 | J | | |
| 284 F Fund MF | A | Div. | J | T | Buy | 4/01 | J | | |
| 285 C Fund MF | A | Div. | J | T | Buy | 4/01 | J | | |
| 286 S Fund MF | A | Div. | J | T | Buy | 4/01 | J | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____        Date _August 11, 2010_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544